BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

LAURIE KLOSTER GRAY (MNBN 0153618)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6557
    Fax: (415) 436-6753
    laurie.kloster.gray@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-16-0301 WHA |
|---|---|---|
|     Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| CARLOS ALFREDO BEJINEZ, | ) | |
|     Defendant. | ) | |

    The United States, by and through its attorney, Laurie Kloster Gray, and defendant, by and through his attorney, Shilpi Argawal, respectfully submit this Stipulation and Proposed Order to memorialize the exclusion of time under the Speedy Trial Act from July 19, 2016, through August 16, 2016, pursuant to 18 U.S.C. § 3161(h)(7))(B)(iv) for effective preparation of the defense, taking into

account the exercise of due diligence.

        IT IS SO STIPULATED.

DATED: July 19, 2016                          BRIAN J. STRECH
                                                   United States Attorney

                                        By:   /s/
                                                   LAURIE KLOSTER GRAY
                                                   Assistant United States Attorney

DATED: July 19, 2016                                   /s/
                                                   SHILPI ARGAWAL
                                                   Counsel for Carlos Alfredo Bejinez

## [~~PROPOSED~~] ORDER

    THE COURT FINDS that the time period from July 19, 2016, through and including August 16, 2016, the date of the parties' next appearance, shall be excluded from the otherwise applicable Speedy Trial Act computation for effective preparation.

    Accordingly, THE COURT ORDERS THAT the period from July 19, 2016, through and including the hearing date on August 16, 2016, is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7))(B)(iv).

    IT IS SO ORDERED.

DATED: July  20 , 2016                         _____
                                                   HON. WILLIAM ALSUP
                                                   United States District Judge